### Negligence.

SCHEFFER *v.* WASHINGTON CITY, V. M. & G. S. R. Co., 5 N. J. Law J. 169. Error to the circuit court of the United States for the eastern district of Virginia. This is an action brought by the executor of deceased to recover of a railroad company damages for the death of a party alleged to have resulted from the negligence of the company while carrying deceased on their road. A demurrer was interposed on the ground that the negligence alleged was too remote as a cause of death to justify recovery, the proximate cause

being suicide of decedent—his death resulting by his own immediate act. The cause was decided by the supreme court of the United States in the October term, 1881. Mr. Justice *Miller* delivered the opinion, affirming the judgment of the circuit court, to the effect that where the proximate cause of death was his own act of self-destruction, superinduced by mental aberration, physical suffering, and disease, the railroad company will not be liable.

Cases cited: Insurance Co. v. Tweed, 7 Wall. 44; Milwaukee & St. P. R. Co. v. Kellogg, 94 U. S. 469; McDonald v. Snelling, 14 Allen, 294.